**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE:<br><br>**WILANIS COTTO TORRES**<br><br>**xxx–xx–4494**<br><br>Debtor(s) | Case No. **19–05921 ESL**<br><br>Chapter **13**<br><br>FILED & ENTERED ON 10/6/22 |

### *ORDER GRANTING UNOPPOSED MOTION*

This case is before the Court on the following motion: Motion requesting authorization to use funds from 2021 tax refund filed by Debtor, docket #45.

The motion having been duly notified, no replies or objections having been filed timely, the Court having reviewed the same and good cause appearing thereof, the motion is hereby granted.

In San Juan, Puerto Rico, this Thursday, October 6, 2022 .

Enrique S. Lamoutte
United States Bankruptcy Judge